**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALEJANDRO GONZALEZ-JACQUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, B. BIRKHOLZ,<br><br>    Respondent. | Case No. 2:25-cv-05894-MRA-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections has passed and the Court has not received any objections.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Respondent's Motion to Dismiss the Petition because Petitioner is statutorily ineligible for Earned Time Credits is GRANTED.

IT IS FURTHER ORDERED that Judgment be entered DISMISSING THIS ACTION WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record, as well as all defendants who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 17, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2